IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARVIN GABRIEL HOLMES | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-283 |
| THE STATE OF TEXAS | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Marvin Gabriel Holmes, a pretrial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing this complaint pursuant to 28 U.S.C. § 1915(g) unless Plaintiff pays the full filing fee of $405.00 [Dkt. 4].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date. Plaintiff has also failed to pay the full $405.00 filing fee.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 24th day of August, 2026.**

Michael J. Truncale
United States District Judge